United States District Court

Eastern District of California

Jeffrey Q. Miles,

    Petitioner,                    No. Civ. S 04-1431 LKK PAN P

  vs.                            Order

D. L. Runnels,

    Respondent.

-oOo-

June 20, 2005, petitioner requested an extension of time to file and serve a reply.  Good cause appearing, petitioner's request is granted and time is extended until August 10, 2005.

So ordered.

Dated:  June 28, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge